In the Matter of the Application of OPHELIA LEGGAT, Appellant, to Punish WILLIAM V. MOLLOY, Sheriff of Westchester County, Respondent, for Contempt of Court.

*Matter of Leggat*, 47 App. Div. 643, reversed.
(Argued June 4, 1900; decided June 19, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made January 9, 1900, reversing an order of the Surrogate's Court of Westchester county adjudging William V. Molloy, sheriff of said county, guilty of a civil contempt, and dismissing the proceedings.

*Jacob Marks* for appellant.

*Justus A. B. Cowles* and *Charles P. Cowles* for respondent.

Order of Appellate Division reversed, with costs in this court only, and the order of the surrogate affirmed, without costs, on the authority of *Matter of Leggat* (162 N. Y. 437).

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and LANDON, JJ. Not sitting: CULLEN, J.